UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                                                                          Case No. 12-53407

Yvette M. Elkins

        Debtor                                                              Chapter 13 (Judge Hoffman)

### NOTICE OF CHANGE OF ADDRESS

The address for Yvette M. Elkins has changed. The new address is:

      5562 Telluride Bluff
      Westerville OH 43081

    /s/ Pamela N. Maggied
Pamela N. Maggied, Case Attorney (#0013260)
PAMELA N. MAGGIED CO., LPA
50 West Broad Street, Suite 1200
Columbus OH 43215
maggiedlaw@midohio.twcbc.com
Telephone: 614-464-2236
Fax: 614-464-3823

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Change of Address will be served electronically via CMECF, this 23rd day of June, 2015, to Faye D. English, Chapter 13 Trustee; and to the US Trustee; and to any other party who requested electronic service of all pleadings in the case.

    /s/ Pamela N. Maggied
Pamela N. Maggied, Case Attorney